**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| DONNA J. MAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-01583-CDP |
| ) | |
| NCEP LLC and MAIN STREET ) | |
| ACQUISITION CORP., ) | |
| ) | |
| Defendants. ) | |

### **DEFENDANT'S NOTICE OF WITHDRAWAL OF BILL OF COSTS**

Defendant NCEP LLC hereby withdraws its Bill of Costs (Doc. 37).

DATED this 28th day of May, 2014.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, #51446MO
12925 West Dodge Road, Suite 107
Omaha, NE 68154
(402) 965-8600 (telephone)
(402) 965-8601 (facsimile)
jdickinson@spencerfane.com

Patrick T. McLaughlin, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314) 863-7733 (telephone)
(314) 862-4656 (facsimile)
pmclaughlin@spencerfane.com

*Attorneys for Defendant*

OM 286545.1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri this 28th day of May, 2014, with notice of case activity generated and sent electronically to:

Richard A. Voytas
Nathan K. Bader
Jennifer R. Deschamp
Voytas & Company
1 North Taylor Avenue
St. Louis, MO 63108

*Attorneys for Plaintiff*

                                      /s/ Joshua C. Dickinson
                                      Attorney for Defendant

OM 286545.1